IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CALVARY BAPTIST TEMPLE, )
)
    Plaintiff, )
)
v. ) CASE NO. CV410-209
)
RELIANCE TRUST COMPANY, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Bankruptcy Judge's Report and Recommendation (Doc. 1), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, this case is **REMANDED** to the Superior Court of Chatham County, Georgia pursuant to 28 U.S.C. § 1334(c)(1). The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 16th day of June 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA